United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 10-17604-RK
Annette Louise Ortega                                           Chapter 7
Marcus Ortega
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: gallenC          Page 1 of 2          Date Rcvd: Aug 25, 2011
                             Form ID: van104        Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2011.
```
db/jdb       +Annette Louise Ortega,    Marcus Ortega,   2005 W Central Ave,   Santa Ana, CA 92704-5610
smg           Franchise Tax Board,    Bankruptcy Section MS: A-340,   P.O. Box 2952,
              Sacramento, CA  95812-2952
26592731     +Allan Akerman,    1310 W. Stewart Dr. Suite 311,   Orange, CA 92868-3838
26592732     +American Express,    c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
27419228      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
26592733     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
26592736     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
26592735     +Chase,    N54 W 13600 Woodale Dr,   Mennomonee, WI 53051-7026
26592734     +Chase,    9451 Corbin Avenue,   Northridge, CA 91324-1665
26592737     +Chase Bank USA,    PO Box 15922,   Wilmington, DE 19850-5922
27360795     +Chase Home Finance,    National Payment Services,   PO Box 24785,   Columbus, OH 43224-0785
26963696     +Chase Home Finance, LLC,    3415 Vision Drive, Attn: OH4-7302,   Columbus, OH 43219-6009
26592738     +Chela,    Attn: Bankruptcy,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
26592739     +Citibank Usa,    Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
26592740     +Collection Consultants,    6100 San Fernando Rd Ste,   Glendale, CA 91201-2280
26668787     +Department Stores National Bank/Macys,    Nco Financial Systems, Inc.,   PO Box 4275,
              Norcross, GA 30091-4275
27247268     +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
              1000 Samoset Drive,    DE5-023-03-03,   Newark, DE 19713-6000
26592742     +Franchise Tax Board,    Bankruptcy Section MS A340,   PO Box 2952,   Sacramento, CA 95812-2952
26592743     +Franklin J. Love,    125 S. Citrus Ave. Suite 101,   Covina, CA 91723-2622
26592744     +Goodyearcbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
26592746     +JP Morgan Legal Department,    300 S. Grand Ave,   4th Floor,   Los Angeles, CA 90071-3109
29741388      JPMorgan Chase Bank, N.A.,    Chase Records Center,   Mail Code LA4-5555 - 700 Kansas Lane,
              Monroe, LA 71203
26592747     +Law Office Of Patenauds & Felix,    4545 Murphy Canyon Rd 3rd Floor,   San Diego, CA 92123-4363
26592748     +Law Offices of Patenaude,    4545 Murphy Canyon Rd. 3rd Floor,   San Diego, CA 92123-4363
26592750     +Macys/fdsb,    Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
26592752     +Modern Adjustment Bure,    6226 Vineland Ave,   North Hollywood, CA 91606-3792
27686192    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 41067,
              Norfolk, VA 23541)
26592755     +Providence Little Company of Mary,    PO Box 541024,   Los Angeles, CA 90054-1024
26592756     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
26592757      Stephen R. Shea, MD,    444 Huntington Dr. #300,   Arcadia, CA 91006-6258
26592761     +Superior Court Southeast District,    Downey Los Angeles County,   7500 E. Imperial Hwy.,
              Downey, CA 90242-3378
26592758     +Superior Court of California,    700 Civic Center Dr West,   Santa Ana, CA 92701-4045
26592760     +Superior Court of California,    County of Orange,   700 Civic Center Dr.,
              Santa Ana, CA 92701-4045
26592759     +Superior Court of California,    County of Orange,   700 Civic Center Dr. West,
              Santa Ana, CA 92701-4045
26722213     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
26592762     +Tnb-visa,    Po Box 560284,   Dallas, TX 75356-0284
26592763     +Wescom Credit Union,    5601 East La Palma Ave,   Anaheim CA 92807-2109
27388995      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Aug 26 2011 12:24:43     Employment Development Dept.,
              Bankruptcy Group MIC 92E,    P.O. Box 826880,   Sacramento, CA  94280-0001
29893696     +E-mail/Text: bnc@atlasacq.com Aug 26 2011 11:51:19     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
27139722      E-mail/PDF: BNCEmails@blinellc.com Aug 26 2011 13:43:57     CR Evergreen, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
26689916      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2011 13:44:39     Discover Bank,
              DFS Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
26592741     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2011 13:44:39     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
26592745     +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 26 2011 12:06:57     Hilco Rec,   Attn: Bankruptcy,
              1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
26938945      E-mail/Text: resurgentbknotifications@resurgent.com Aug 26 2011 11:30:48     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
26592749     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 26 2011 11:30:48     Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
26618068     +E-mail/Text: bnc@nordstrom.com Aug 26 2011 11:31:42     NORDSTROM fsb,   POB 6566,
              ENGLEWOOD CO 80155-6566
26958192     +E-mail/Text: bknotice@ncmllc.com Aug 26 2011 11:30:30     National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,   USA
26592753     +E-mail/Text: bnc@nordstrom.com Aug 26 2011 11:31:42     Nordstrom FSB,
              Attention: Bankruptcy Department,    Po Box 6555,   Englewood, CO 80155-6555
```

```
District/off: 0973-8          User: gallenC          Page 2 of 2          Date Rcvd: Aug 25, 2011
                              Form ID: van104        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
26592754    +E-mail/Text: orangecountybk@ttc.ocgov.com Aug 26 2011 12:06:00      Orange County Treasure,
              Tax Collector,    PO Box 1438,    Santa Ana, CA 92702-1438
26845981    +E-mail/Text: orangecountybk@ttc.ocgov.com Aug 26 2011 12:06:00
              Orange County Treasurer-Tax Collector,    P.O. Box 1438,    Santa Ana CA 92702-1438,
              Attn: Bankruptcy Unit
27583376    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 26 2011 13:48:19      Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                 TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27419229*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
26592751    ##+Mann Bracken LLP,    2325 Clayton Rd.,    Concord, CA 94520-2104
                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2011**                    **Signature:**    _Joseph Speetjens_

FormCACB 104 (AO:presabuse)
(10/05)

# United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## CLERK'S NOTICE OF PRESUMED ABUSED
## UNDER 11 U.S.C. § 707(b)(2)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:** | **BANKRUPTCY NO.** 8:10–bk–17604–RK |
| Annette Louise Ortega | **CHAPTER** 7 |
| **SSN:** xxx–xx–6296 | |
| **EIN:** N/A | |
| Marcus Ortega | |
| **SSN:** xxx–xx–8672 | |
| 2005 W Central Ave | |
| Santa Ana, CA 92704 | |

Insufficient information was filed with the petition in the above–captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing. Additional information subsequently filed by the debtor indicates that a presumption of abuse has arisen under § 11 U.S.C. 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § 11 U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

BY THE COURT,

Dated: August 24, 2011

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–104 ntcabuse

**65 /**